Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ALVAREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE NUE CO USA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:21-cv-04115-FLA-KK**<br><br>**NOTICE OF SETTLEMENT**<br><br>Removed from Los Angeles County Superior Court Case No. 21STCV14052<br>Honorable Yvette M. Palazuelos<br>Department 9<br><br>State Action filed: April 13, 2021 |

**TO THE COURT:**

Please be advised that the Parties in the above captioned action have reached an agreement in principle to resolve the action, subject to executing the terms of a negotiated written settlement agreement, which they expect to accomplish within the next twenty-one (21) days.

Dated: July 1, 2021                                    BRODSKY SMITH

By: */s/ Evan J. Smith*
Evan J. Smith (SBN 242352)
Ryan P. Cardona (SBN 302113)

*Attorneys for Plaintiff*